IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**FIFTEEN METERS, LLC**, an
Oregon limited liability company,

    Plaintiff,

v.

**SPRINT SPECTRUM, LP**, a Delaware
limited partnership, **GENERAL
DYNAMICS MISSION SYSTEMS,
INC.**, a Delaware corporation,
**ERICSSON, INC.**, a Delaware
corporation, and **RAB
COMMUNICATIONS, INC.**, a
Maryland corporation,

    Defendants.

No. 3:17-cv-00021-MO

ORDER OF DISMISSAL
AS TO DEFENDANT RAB
COMMUNICATIONS, INC.

**MOSMAN, J.,**

Based on the Stipulated Motion to Dismiss Defendant RAB Communications, Inc. [63], it is hereby ORDERED AND ADJUDGED that this case is dismissed with prejudice and without an award of costs or attorney's fees to any party as to plaintiff Fifteen Meters, LLC's claims against defendant RAB Communications, Inc.

DATED this 7th day of December, 2017.

                                             MICHAEL W. MOSMAN
                                             Chief United States District Judge

1 – ORDER OF DISMISSAL AS TO DEFENDANT RAB COMMUNICATIONS, INC